PER CURIAM.
 

 We have for review
 
 Brown v. State,
 
 940 So.2d 500 (Fla. 4th DCA 2006), an unelabo-rated decision in which the Fourth District Court of Appeal relied upon its decision in
 
 Yisrael v. State,
 
 938 So.2d 546 (Fla. 4th DCA 2006) (en banc),
 
 disapproved in part,
 
 993 So.2d 952 (Fla.2008). When the Fourth District’s decision in
 
 Brown
 
 became final,
 
 Yisrael
 
 was already pending review in this Court. We have jurisdiction.
 
 See
 
 art. V, § 3(b)(3), Fla. Const.;
 
 Jollie v. State,
 
 405 So.2d 418, 420 (Fla.1981).
 

 We stayed proceedings in this case pending our disposition of
 
 Yisrael,
 
 in which we: (1) approved the decision of the First District in
 
 Gray v. State,
 
 910 So.2d 867 (Fla. 1st DCA 2005), and (2) disapproved the reasoning and rule of law articulated by the Fourth District in its underlying decision, but ultimately approved the result reached by that court
 
 on other grounds. See Yisrael v. State,
 
 993 So.2d 952, 960-61 (Fla.2008). We subsequently issued an order directing the State to show cause why we should not accept jurisdiction, summarily quash the decision under review, and remand for reconsideration in light of our decision in
 
 Yisrael.
 
 In response, the State asserts several record-based substantive contentions and urges that this Court deny review. However, the full appellate record is not before us, and the Fourth District is the proper tribunal in which to present these fact-based contentions.
 

 This Court has disapproved in part the very opinion upon which the district court relied below. Accordingly, we grant the petition for review, quash, and remand to the Fourth District Court of Appeal for reconsideration upon application of our decision in
 
 Yisrael.
 

 It is so ordered.
 

 
 *529
 
 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, POLSTON, and LABARGA, JJ., concur.